LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
*brandon@bblocklaw.com*
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

Attorneys for Plaintiffs
MARLENE VASQUEZ and OSCAR ROSALES

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE VASQUEZ, an individual; and OSCAR ROSALES, an individual,<br><br>          Plaintiffs,<br><br>       vs.<br><br>DOWNTOWN L.A. MOTORS, NISSAN, LP dba NISSAN OF DOWNTOWN L.A., a California limited partnership; STATEWIDE RECOVERY SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. CV 16-1194-TJH(AGRx)<br><br>Hon. Terry J. Hatter Jr., Ctrm. 17<br><br>**STIPULATION OF DISMISSAL OF STATEWIDE RECOVERY SERVICES, INC. [F.R.C.P. 41(a)]** |

## STIPULATION OF DISMISSAL OF
## STATEWIDE RECOVERY SERVICES, INC.

Pursuant to F.R.C.P. 41(a), plaintiffs Marlene Vasquez and Oscar Rosales, defendant Downtown L.A. Downtown L.A. Motors Nissan, LP dba Nissan of Downtown L.A. and defendant Statewide Recovery Services, Inc., by and through their counsel of record, hereby stipulate to dismissal of Statewide Recovery Services from this action, with prejudice. Except as provided in the settlement agreement between plaintiffs and Statewide Recovery Services, the parties shall bear their own attorney's fees and costs with respect to the claims asserted by or against Statewide Recovery Services. Plaintiffs are not dismissing their claims against defendant Nissan of Downtown L.A., all of which are unaffected by this Stipulation.

Dated: November 29, 2016     LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

_____/s/_____
Brandon Block

Attorneys for Plaintiffs
MARLENE VASQUEZ and OSCAR ROSALES

Dated: November 29, 2016     LEWIS BRISBOIS BISGAARD & SMITH LLP

_____/s/_____
David Litt

Attorneys for Defendant
DOWNTOWN L.A. MOTORS, NISSAN, LP
dba NISSAN OF DOWNTOWN L.A.

Dated: November 29, 2016     WOOD, SMITH, HENNING & BERMAN LLP

_____/s/_____
Jenny Choi

Attorneys for Defendant
STATEWIDE RECOVERY SERVICES, INC.

I, Brandon A. Block, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_____/s/_____
Brandon A. Block

2

## <u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document to be served on the person(s) listed below.

| Person(s): | Representing: |
|---|---|
| David B. Litt<br>david.litt@lewisbrisbois.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071 | Defendant Downtown L.A. Motors, Nissan, LP |
| Jenny S. Choi<br>j.choi@wshblaw.com<br>Wood, Smith, Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, CA 90024-3804 | Defendant Statewide Recovery, Inc. |

I served the document:

☒  **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 29, 2016 at Beverly Hills, California.

/s/
Brandon Block

STIP. OF DISMISSAL OF STATEWIDE – CASE NO. CV 16-1194-TJH(AGRx)