UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1194-TJH (AGRx) | Date | May 24, 2017 |
|---|---|---|---|
| Title | Marlene Vasquez, et al. v. Downtown L.A. Motors, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | CS 05/24/2017 | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brandon A. Block | David B. Litt |

**Proceedings:**        **SETTLEMENT CONFERENCE**

Case is called. Counsel make their appearances. Brandon A. Block, Esq. appears on behalf of Plaintiffs. Plaintiffs are present. David B. Litt, Esq. appears on behalf of Defendant. Jill Stultz with Crawford & Company, is present.

The settlement conference is conducted off the record.

A settlement is not reached.

cc:    District Judge Terry J. Hatter, Jr.
       All Parties of Record

                                                                3    :    30

                                              Initials of Preparer    mp